IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.                                     CRIMINAL NO. 3:23cr86-MPM-RP-11

DEONTAE M. PARHAM

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **David Wayne Milner** on **July 10, 2023,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **David Wayne Milner** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **David Wayne Milner** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 10th day of July, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE